

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00483-CR

**HAROLD ALEXANDER JACKSON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 87th District Court
### Freestone County, Texas
### Trial Court No. 11-067-CR

## O R D E R

The reporter's record in this appeal was originally due on February 12, 2013. TEX. R. APP. P. 35.2(a).  In a letter dated March 22, 2013, the Clerk of this Court notified the court reporter, Helen C. Wooten, that the reporter's record had not been filed. Wooten did not respond to this letter.  Thus, the Clerk of this Court sent Wooten a second letter dated April 26, 2013, notifying Wooten that the reporter's record had not been filed and requesting a response within ten days.  On April 29, 2013, Wooten responded by requesting a thirty-day extension to file the reporter's record in this case.

It is the joint responsibility of this Court and the trial court to ensure that the appellate record is timely filed. *Id.* at R. 35.3(c). Further, this Court may enter any order necessary to ensure the timely filing of the appellate record. *Id.* Accordingly, it is ORDERED that the reporter's record in this cause is to be finished by Wooten no later than 28 days from the date of this order, and it is ORDERED that the reporter's record shall be filed by Wooten no later than 35 days from the date of this order.

Failure to file the reporter's record as ordered will result in the abatement of this appeal and an order for the trial court to determine, working with the court reporter, Wooten, a date certain by when the reporter's record can be filed in a manner that does not further delay the prosecution of this appeal or have the practical effect of depriving appellant of his right of appeal.

The Clerk of the Court is directed to send a copy of this order to Helen Wooten by certified mail, return receipt requested.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed May 9, 2013
Do not publish
[CR25]